Jan 6, 2025

TO: United States District Court
Centeral District of Calif.
Office of the Clerk
255 EAST Temple Street, Room 180
Los Angeles, CAlif 90012

Fr: Randee Grassini
CO# 238-6 Unit 10
P.O. Box 5003
Coalinga, CA 93210

Re: LACV 23 - 04257   DOC (JPR)

FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Honorable Jean Rosenbluth

I wish to notify this Court that, I wish to recind/cancel case # CV-23-04257. I ask this Court, may I request to dismiss without Prejudice?

Thank you

Randee E. Grassini

Jan 6, 2025

TO: United States District Court
Central District of Calif.
Office of the Clerk
255 East Temple Street, Room 180
Los Angeles, Calif 90012

Fr: Randee Grassini
CO# 238-6 Unit 10
P.O. Box 5003
Coalinga, CA 93210

Re: LACV 23-04257  DOC (JPR)

Honorable Jean Rosenbluth

I wish to notify this Court that, I wish to recind/cancel case # CV-23-04257. I ask this Court, May I request to dismiss without Prejudice?

Thank you

Randee E. Grassini

Jan 6, 2025

TO: Calif. Attny General
Herbert S. Tetef, D.A.G.
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230

Fr: Randee E Grissin
CO# 238-6  Unit 10
P.O. Box 5003
Coalinga, CA 93210

Re: LA CV23-04257   DOC (JPR)

Sir, Please note of enclosed request to rescind / cancel above mentioned case.

Thank you

Randee E Grissin.



Randee E. Grossich
C # 238-6 unit 6
P.O. Box 5003
C.nlinga, CA 93210

Re: Case #
CV 23-04257

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 10 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

United States District Court
Central District of CALIF
Office of the Clerk
255 EAST Temple Street, Room 180
Los Angeles, CALIF 90012

SANTA CLARITA CA 913
8 JAN 2025 PM 5 L

90012-333299

