JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDEE GRASSINI,<br><br>                    Petitioner,<br><br>    v.<br><br>BRANDON PRICE,<br><br>                    Respondent. | Case No. 2:23-cv-04257-FLA (JPR)<br><br>**ORDER DISMISSING ACTION [DKT. 29]** |

1

On January 10, 2025, Petitioner Randee Grassini ("Petitioner") filed a request to dismiss the action without prejudice (the "Request"). Dkt. 29. On January 21, 2025, Respondent Brandon Price ("Respondent") filed a Notice of Non-Opposition to Petitioner's Request. Dkt. 31.

Having considered Petitioner's Request and Respondent's Non-Opposition thereto, and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: January 24, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge